**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. ___25-cr-60249-Leibowitz/Augustin-Birch___
18 U.S.C. § 611

FILED BY _____SM_____ D.C.

Oct 22, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**UNITED STATES OF AMERICA**

v.

**CHELSEA MICHELLE ANN COX,**

Defendant.
_____/

**INFORMATION**

The United States Attorney charges that:

**Voting by Alien**
**(18 U.S.C. § 611)**

On or about October 29, 2020, in Broward County, in the Southern District of Florida, the

defendant,

**CHELSEA MICHELLE ANN COX,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for President, Vice President, and Member of the

House of Representatives, in violation of Title 18, United States Code, Section 611.

FOR JASON A. REDING QUINONES,
UNITED STATES ATTORNEY

BRUCE D. BROWN

CHRISTOPHER KILLORAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.:   25-cr-60249-Leibowitz/Augustin-Birch

v.

**CERTIFICATE OF TRIAL ATTORNEY**

Chelsea Michelle Ann Cox,

_____/
                    Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☑ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect:_____

4. This case will take___2___days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑  0 to  5 days
   II   ☐  6 to 10 days
   III  ☐  11 to 20 days
   IV   ☐  21 to 60 days
   V    ☐  61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☑ Misdemeanor
   ☐ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____

7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge_____ Magistrate Case No._____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____District of _____

12. Is this a potential death penalty case? (Yes or No) No____

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____
    Christopher Killoran
    Assistant United States Attorney
    FL Bar No.          27999

1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Chelsea Michelle Ann Cox

**Case No**:   25-cr-60249-Leibowitz/Augustin-Birch

Count #1:

Voting by Alien

18 U.S.C. § 611

* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000

---

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:   25-cr-60249-Leibowitz/Augustin-Birch

### BOND RECOMMENDATION

DEFENDANT: Chelsea Michelle Ann Cox

$5,000 Personal Surety

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:    Christopher KIlloran

Last Known Address: 6545 NW 46th St

Lauderhill, FL 33319

What Facility: _____

Agent(s):    HSI SA David Jansen

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)