**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cr-60249-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

*v.*

**CHELSEA MICHELLE ANN COX,**

     *Defendant.*

_____/

## ORDER APPOINTING *AMICI CURIAE*

Pending before the Court in this case is a Motion to Dismiss the Information ("the Motion") [ECF No. 30], presenting a single issue:  Did Congress have the constitutional authority to enact Title 18, United States Code, Section 611, the statute the Defendant is charged with violating?

In sum and substance, the Defendant argues that because the statute regulates voter qualifications, and because regulating voter qualifications exceeds Congress's enumerated powers, Section 611 is facially unconstitutional.  [*Id.*, at 1].  The United States responds that Congress did not exceed its enumerated powers in Article I and Article II of the U.S. Constitution to establish voter eligibility criteria by passing Section 611, and that the Constitution authorizes the federal government to maintain authority over federal elections, including guarding the integrity of congressional elections. [ECF No. 32, at 1, 3].

The statute challenged here was enacted thirty years ago.  Although various courts have rejected other challenges to Section 611, *see, e.g., United States v. Knight*, 490 F.3d 1268, 1271 (11th Cir. 2007) (rejecting due process challenge), the precise issue presented by the Motion appears to be one of first impression in our Circuit and beyond.  At a recent status conference, the Court invited the parties to submit supplemental briefing on the Motion on or before June 30, 2026.  [ECF No. 35].

Given the nature and importance of the issue presented, in addition to the forthcoming supplemental briefing from the parties the Court believes that the assistance of *amici curiae* would benefit the Court.

Accordingly, and solely for the benefit of the Court, **the Court hereby appoints** the following attorneys as *amici curiae* to assist the Court in identifying and interpreting the applicable law and the historical record that governs and informs this Court's decision on the Motion:

> Paul D. Clement
> Clement and Murphy PLLC
>
> Any partner(s) or associate(s) of Paul D. Clement that may assist him in this appointment
> Clement and Murphy PLLC

*See, e.g, In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) ("[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings."); *A.R. v. Dudek*, 2014 WL 12519764 at *4 (S.D. Fla. Apr. 7, 2014) (Rosenbaum, D.J.) ("An *amicus* is not a party to the litigation, but rather participates for the benefit of the court only. . . .  It is within the discretion of the court to determine whether an *amicus* may appear and the extent and manner of participation by the *amicus.*"); *Resort Timeshare Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1501 (S.D. Fla. 1991) ("Inasmuch as an *amicus* is not a party and 'does not represent the parties but participates only for the benefit of the court, it is solely within the discretion of the court to determine the fact, extent, and manner of participation by the *amicus.*'") (citing *News & Sun-Sentinel Co. v. Cox*, 700 F. Supp. 30, 31 (S.D. Fla. 1988)).

The Court underscores that the *amici* have no interest in the disposition of this case or any decision on the Motion.  The *amici* are appointed solely for the benefit of the Court to provide their best analysis and evaluation of the issue presented; the *amici* are not appointed to assist either party in the Motion or response, as each are well represented by counsel.

**IT IS FURTHER ORDERED** that the *amici* shall file a memorandum, by July 17, 2026, addressing the constitutional authority of Congress to enact 18 U.S.C. § 611.  The memorandum (and

any attached exhibits) may exceed page limits set by the Local Rules of the Southern District of Florida. The parties will be given the opportunity to respond to the memorandum filed by the *amici*, and otherwise to be heard.

The **Clerk** **is further DIRECTED** to mail a copy of this Order to *amicus curiae*, Paul D. Clement, at the mailing address and e-mail address shown below.

**DONE AND ORDERED** in the Southern District of Florida on June 1, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
Email:  paul.clement@clementmurphy.com