UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60249-DSL

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHELSEA MICHELLE ANN COX,

Defendant.
______________________________________/

**NOTICE OF APPEARANCE**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully submits the following Notice of Appearance in the above-captioned case notifying all interested persons that Assistant United States Attorney George E. Doty, III shall appear on behalf of the United States in this matter.

Respectfully submitted,

Jason A. Reding Quiñones
United States Attorney

By: */s George E. Doty III*
George E. Doty III
Assistant United States Attorney
Special Bar No. A5503470
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9404
George.Doty@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on 3rd1 day of August 3, 2026 with the clerk of the court using CM/ECF. I further certify that the foregoing document is being served on counsel through CM/ECF.

*/s George E. Doty III*
George E. Doty III
Chief, Appellate Division