UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-CR-60249-DSL

UNITED STATES OF AMERICA,

v.

CHELSEA MICHELLE ANN COX,

Defendant.

**JOINT MOTION TO CONTINUE STATUS CONFERENCE ON OCTOBER 2, 2026, THE TRIAL DATE, AND TO EXTEND DEADLINES**

COMES NOW the United States of America and Defendant Chelsea Michelle Ann Cox, parties in the above-captioned case, and file this Motion to Continue the Status Conference on October 2, 2026, the Trial Date, and to Extend Deadlines and state as follows:

1. This case is currently scheduled for a status conference on October 2, 2026, and for a two-week trial period beginning on November 2, 2026.
2. On April 9, 2026, the defendant filed a Motion to Dismiss based on the unconstitutionality of 18 U.S.C. § 611. [DE 30].
3. On June 1, 2026, the Court appointed attorney Paul Clement as Amicus Curiae to advise the Court with respect to Defendant's Motion to Dismiss. [DE 37].
4. On July 23, 2026, the Memorandum of Court Appointed Amicus Curiae was filed. [DE 46].
5. On September 15, 2026, the Court heard arguments of counsel for the parties and amicus counsel and announced it would take the matter under advisement.
6. The parties are requesting a continuance in anticipation of the Court's ruling. As ordered on January 12, 2026, both parties must submit a trial brief to the Court before the status conference that is set for October 2, 2026. Both parties would request more time to comport

with the submission of the trial brief to account for the Court's ruling on the defendant's Motion to Dismiss, as well as time to file any necessary motions.

7. Additionally, defense counsel has scheduling conflicts to resolve. On October 2, 2026, defense counsel will be out of the state and beginning on October 8, 2026, through October 16, 2026, defense counsel will be out of the country.

8. For these reasons, the parties request a continuance of the status conference on October 2, 2026, a continuance of the two-week trial period beginning on November 2, 2026, as well as request to extend the corresponding motion deadlines.

9. If necessary, the parties would also request that the Court consider a telephonic status conference as soon as practicable to address these matters.

WHEREFORE, both parties request this Honorable court to grant this Joint Motion to Continue and Extend Deadlines.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: CHRISTOPHER KILLORAN
Christopher Killoran
Assistant United States Attorney
Florida Bar No. 27999
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Tel: (954) 660-5669
Christopher.Killoran@usdoj.gov

By: BRUCE UDOLF
Bruce Udolf
BRUCE L. UDOLF, P.A.
Florida Bar No. 0899933
599 SW Second Ave.
Fort Lauderdale, Florida 33301
Tel: (954) 415-2260
budolf@bruceudolf.com